| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| OLLIE P. MANAGO, SBN 140135<br>LAW OFFICES OF OLLIE P. MANAGO<br>3460 WILSHIRE BOULEVARD<br>SUITE 1214<br>LOS ANGELES, CA 90010<br>213-480-5900<br>213-480-5903<br>140135<br>Attorney for | FILED<br>May 19, 2011<br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>0003505382 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ

Debtor.

vs.

Plaintiff(s),

Defendant(s).

CHAPTER 7

CASE NUMBER 11-29148-C-7

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is (specify name): ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ

2. The name, address and telephone number of the New Attorney are (specify): OLLIE P. MANAGO, LAW OFFICES OF OLLIE P. MANAGO, 3460 WILSHIRE BOULEVARD, SUITE 1214, LOS ANGELES, CALIFORNIA 90010

3. New Attorney hereby appears in the following matters:   [X] The case   ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. (Specify name of Present Attorney): ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ, IN PRO PER

Dated: MAY 19, 2011

/S/ ROBERT JOSE GONZALEZ

ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ
Type Name of Party

/S/ ROSA LOPEZ DEGONZALEZ
Signature of Party

I consent to the above substitution.

Dated: MAY 19, 2011

/s/ ROBERT JOSE GONZALEZ

ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ
Type Name of Present Attorney

/S/ ROSA LOPEZ DEGONZALEZ
Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: MAY 19, 2011

OLLIE P. MANAGO
Type Name of New Attorney

/S/ Ollie P. Manago
Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4
F209014

| In re | CHAPTER 7 |
|---|---|
| ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ  Debtor. | CASE NUMBER 11-29148-C-7 |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

| Substitution of Attorney - Page 3 | F 2090-1.4 |
|---|---|

| In re<br>ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ<br>Debtor. | CHAPTER 7<br>CASE NUMBER 11-29148-C-7 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3460 WILSHIRE BOULEVARD, SUITE 1214, LOS ANGELES, CALIFORNIA 90010

A true and correct copy of the foregoing document described as SUBSTITUTION OF ATTORNEY _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below: U S MAIL

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On MAY 19, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

[X] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On MAY 19, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on MAY 19, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
HON. CHRISTOPHER M. KLIEN
501 I STREET
SACRAMENTO, CALIFORNIA 95814

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 19, 2011 | EDWARD MC DANIEL | /S/ Edward McDaniel |
|---|---|---|
| Date | Type Name | Signature |

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

Substitution of Attorney - Page 4    F 2090-1.4

In re ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ   CHAPTER 7
                                                  Debtor.   CASE NUMBER 11-29148-C-7

**ADDITIONAL SERVICE INFORMATION** (if needed):

ROBERT JOSEPH GONZALEZ
17358 PLEASANT DOWNS ROAD
LATHROP, CA 95330

ROSA LOPEZ DEGONZALEZ
17358 PLEASANT DOWNS ROAD
LATHROP, CA 95330

OLLIE P. MANAGO
LAW OFFICES OF OLLIE P. MANAGO
3460 WILSHIRE BOULEVARD
SUITE 1214
LOS ANGELES, CA 90010

IRMA C. EDMONDS
P O BOX 3608
PINEDALE, CA 93650

U S TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT T MATSUI U S COURTS
501 I STREET, ROOM 7-500
SACRAMENTO, CA 95814

EDWARD G. SCHLOSS
3637 MOTOR AVENUE
SUITE 220
LOS ANGELES, CA 90034

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 2090-1.4

Substitution of Attorney - Page 4  F 2090-1.4

In re ROBERT JOSE GONZALEZ AND ROSA LOPEZ DEGONZALEZ  CHAPTER 7
Debtor.  CASE NUMBER 11-29148-C-7

**ADDITIONAL SERVICE INFORMATION** (if needed):

CACH, LLC
370 17TH Street, Suite 500
Denver, Colorado 80202

CCS/Cortrust Bank
7010 Mitchell
South Dakota, 57301

Citifinancial
300 Saint Paul Pl, BSP 13A
Baltimore, Maryland 21202

ConsCrdTsvcs
500 East 60th Street, North
Sioux Falls, Douth Dakota, 57104-0478

DSNB/Macy's
911 Duke Blvd.
Mason, Ohio 45040

GEMB/Water Treatment A
P. O. Box 981439
El Paso, Texas 79998-1438

HSBC Bank
P. O. Box 5253
Carol Stream, Illinois 60197

Jefferson Capital System
16 McLeland Road
St, Cloud, MN 56303

Litton Loan Servicing
24 Green Way Plaza #712
Houston, Texas 77046

Midland Credit Mgmt.
8875 Aero Drive, Suite 200
San Diego, California 92123

Real Time Solutions
1750 Regal Row
Dallas, Texas 77046

First Premier Bank
3820 North Louise Avenue
Sioux Falls, South Dakota 57107

TNB-Target
P. O. Box 573
Minneapolis, MN 55440

America Honda
2420 Camino Sta 350
San Ramon, California 94583

Chase
9451 Corbin, Avenue
Northridge, California 91328

Chase
9451 Corbin Avenue
Northridge, California 91328

Bank of America
Stanton Road
Newark, DE 19714

Guild Mortgage Company
9160 Gramercy
San Diego, California 92123

National Auto Finance
P. O. Box 380901
Bloomington, MN 55438

Finance & Thrift Company
268 North Main Street
Porterville, California 93257